APPEL v. CHECKER CAB CO.

(March 26, 1928. Opinion and Decree.)
(April 23, 1928. Rehearing Refused.)

(*No Syllabus*)

Appeal from Civil District Court, Division "D." Hon. J. Porter Parker, Judge.

Action by Florence Appel against Checker Cab Co.

There was judgment for plaintiff and defendant appealed.

Judgment affirmed.

Dave Wendling, of New Orleans, attorney for plaintiff, appellee.

P. L. Fourchy, of New Orleans, attorney for defendant, appellant.

WESTERFIELD, J. Plaintiff was a passenger in a taxicab operated by defendant. The taxicab in order to avoid collision with another cab also operated by defendant, ran into the curb and struck a fire plug injuring plaintiff. Defendant's liability is clearly established and we believe the amount allowed by the trial court ($300.00) to be about right. The injuries were not particularly serious consisting of cuts, bruises and shock, but we see no reason to reduce the small sum the judgment awards